UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGHAN JUSTYNE CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL[1], <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-01559- JLT <br><br> ORDER GRANTING EXTENSION OF TIME <br><br> (Doc. 15) |

On July 13, 2017, the parties stipulated for an extension of time for Defendant to file a response to Plaintiff's opening brief. (Doc. 15) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The request for an extension of time is **GRANTED**; and

2. Defendant **SHALL** file a response to the opening brief no later than **August 21, 2017**.

IT IS SO ORDERED.

Dated:  **July 14, 2017**            **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.