# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGHAN CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:16-cv-01559 - JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF MORGHAN CHAVEZ AND AGAINST DEFENDANT, NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY |

　　　　Morghan Chavez initiated this action seeking review of the administrative decision denying an application for Social Security benefits. On September 1, 2017, Plaintiff and Nancy A. Berryhill, Acting Commissioner Social Security, stipulated to a voluntary remand of Plaintiff's Social Security appeal for further administrative proceedings. (Doc. 19)

　　　　The parties seek remand for an administrative law judge to conduct "further proceedings, including a new hearing and a new decision." (Doc. 19 at 1) In addition, the parties stipulated for the matter to be remanded under sentence four of 42 U.S.C. § 405(g), and request final judgment be entered in favor of Plaintiff. (*Id.* at 1-12)

　　　　Based upon the stipulation of the parties, the Court **ORDERS**:

　　　　1.　　The matter is **REMANDED** under four of 42 U.S.C. § 405(g); and

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

1

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Morghan Chavez and against Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **September 1, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE